UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 08-3268 and 08-3302

———————

ROBERT FREEMAN; JUDY FREEMAN;
WALTER HANSEL WINERY, INC.;
OLIVER WINE COMPANY, INC.;
MEYER FRIEDMAN; BEVERLY FRIEDMAN

v.

JON S. CORZINE, Governor of New Jersey;
ANNE MILGRAM, Attorney General of New Jersey;
JERRY FISCHER, Director of the New Jersey
Division of Alcoholic Beverage Control

R&R MARKETING, L.L.C.; ALLIED BEVERAGE GROUP, L.L.C.;
FEDWAY ASSOCIATES, INC.
(Pursuant to F.R.A.P. 43(c))

Jerry Fischer, Director of the New Jersey
Division of Alcoholic Beverage Control,
Appellant in 08-3268

Robert Freeman; Judy Freeman; Walter Hansel Winery, Inc.
Meyer Freeman; Beverly Freeman,
Appellants in 08-3302

———————

Appeals from the United States District Court
for the District of New Jersey (D.C. No. 03-3140)
District Judge: Honorable Katharine S. Hayden

———————

Submitted Under Third Circuit LAR 34.1(a)

Before: McKEE, Chief Judge, and HARDIMAN, *Circuit Judges*,

and POLLAK, *District Judge.*[*]

(Filed: March 15, 2011)

_____

ORDER AMENDING OPINION AND JUDGMENT

_____

It appearing that there is a typographical error in the names of certain appellants in appeal No. 08-3302, the precedential opinion and judgment filed on December 17, 2010, are hereby amended, as shown below, to correct the typographical error in the listing of appellants in No. 08-3302:

> Robert Freeman; Judy Freeman; Walter Hansel Winery, Inc.;
> Meyer Friedman; Beverly Friedman,
> Appellants in 08-3302

This amendment does not change the date of filing, December 17, 2010.

By the Court:

/s/ Louis H. Pollak
Louis H. Pollak, District Judge

_____

[*] Honorable Louis H. Pollak, Senior Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.